IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**EUGENE SHARP**                                                               **PLAINTIFF**

v.                              No. 1:12-cv-51-DPM

**ExMARK MANUFACTURING**                                      **DEFENDANT**
**COMPANY INC.**

JUDGMENT

Sharp's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 August 2013